AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Bobby Ray Gladden<br>*Petitioner*<br>v.<br>David Dunlap, Warden<br>*Respondent* | )<br>)<br>)  Civil Action No.   4:15-cv-3063-PMD<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❑ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❑ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Petition is dismissed without prejudice and this case is closed. A certificate of appealability is denied.

This action was *(check one)*:
❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Patrick Michael Duffy, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   September 30, 2015                                    *CLERK OF COURT*

                                                              s/Debbie Stokes
                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*